IN CLERK'S OFFICE U.S.
DISTRICT COURT
E.D.N.Y.
*OCTOBER 24, 2024 *
BROOKLYN OFFICE
24-CR-433
Judge Nicholas G. Garaufis
Magistrate Judge James R. Cho

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Gautam S. Adani, et al.</u>

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: _____

4. Nature of offense(s):    ☒   Felony
                            ☐   Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:    Less than 6 weeks    ☐
                                 More than 6 weeks    ☒

7. County in which crime was allegedly committed: <u>Kings County</u>
(Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?    ☒ Yes  ☐ No

10. Have arrest warrants been ordered?    ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?  ☐ Yes  ☒ No

BREON PEACE
United States Attorney

By:    ____/s/_____
Jessica K. Weigel
Assistant U.S. Attorney
Jessica.weigel@usdoj.gov
718-254-6157

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 12/14/23