UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GAUTAM S. ADANI,
SAGAR R. ADANI,
VNEET S. JAAIN,
RANJIT GUPTA,
CYRIL CABANES,
SAURABH AGARWAL,
DEEPAK MALHOTRA and
RUPESH AGARWAL,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

Docket No. <u>24-CR-433 (NGG)</u>

      Upon the application of the United States of America, dated May 18, 2026, it is

hereby ORDERED that the underlying indictment, Criminal Docket No. 24-CR-433 (NGG),

ECF Docket No. 1, be dismissed with prejudice.

Dated:    Brooklyn, New York

       May \_\_\_\_, 2026

 

_____
HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK