F. #2022R00935

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                              24-CR-433 (NGG)

GAUTAM S. ADANI ET AL.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

      PLEASE TAKE NOTICE that Trial Attorney Shy Jackson of the Fraud Section,

Criminal Division, U.S. Department of Justice, from this point forward will no longer be counsel

of record in the above-captioned matter.

Dated:    May 20, 2026

                          Respectfully submitted,

              By:     _/s/ Shy Jackson_
                         Shy Jackson
                         Trial Attorney
                         Criminal Division, Dept. of Justice

cc:     Clerk of the Court (NGG)