# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 15, 2026

Via ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    *United States* v. *Gautam Adani et al.*, No. 24-cr-00433 (E.D.N.Y.)

Dear Judge Garaufis:

On behalf of Gautam Adani and in response to the Court's July 8 order directing Mr. Adani to respond to two questions by sworn affidavit (ECF No. 38), I attach the sworn affidavit of Gautam Adani (Ex. A).  I also attach a declaration from me providing additional information in response to the Court's questions (Ex. B).

Respectfully,

Robert J. Giuffra, Jr.
Nicolas Bourtin
Suhana S. Han
Andrew J. DeFilippis
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000

*Counsel for Gautam Adani*