**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>GAUTAM ADANI, ET AL.,<br><br>Defendants. | Case No. 1:24-cr-00433 (NGG) |

**AFFIDAVIT OF GAUTAM ADANI**
**IN RESPONSE TO THE COURT'S JULY 8, 2026 ORDER**

I, GAUTAM ADANI, being duly sworn, hereby depose and state as follows in response to the Court's questions set forth in its July 8, 2026 Order:

1.      I am the Chairman of the Adani Group, which I founded in 1988.  The Adani Group is incorporated and headquartered in India.  The Adani Group includes businesses relating to transportation, ports, real estate, urban development, data centers, and energy.

2.      In response to the Court's first question, I am not aware of anything promised, offered, sought, received, agreed to, or accepted by anyone in connection with the dismissal of the Indictment in this action, other than that my counsel, Sullivan & Cromwell LLP, had discussions with the U.S. Department of Justice (DOJ) regarding the settlement terms eventually agreed upon in connection with (i) the pending Amended Consent Judgment in the Securities and Exchange Commission (SEC) action, dated May 30, 2026, and (ii) the Settlement Agreement between the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) and Adani Enterprises Limited, dated May 18, 2026.

3.      The July 4, 2026 letter from Principal Associate Deputy Attorney General R. Trent McCotter and the Court's July 8, 2026 Order refer to press reports that the Adani Group offered





-2-

to invest in the United States in exchange for the dismissal of the Indictment. Here is the background of those discussions. On November 13, 2024, I posted the following message, in part, on the social media platform X: "As the partnership between India and the United States deepens, the Adani Group is committed to leveraging its global expertise and invest $10 billion in US energy security and resilient infrastructure projects, aiming to create up to 15,000 jobs." When I made this post, the Indictment and SEC Complaint had not yet been unsealed and made public, and I was unaware of their existence.

4.    Earlier this year, my counsel Sullivan & Cromwell LLP held a number of meetings with the DOJ and SEC to discuss resolution of the DOJ and SEC cases. My counsel provided a comprehensive white paper, made extensive submissions, and provided expert reports to the DOJ and SEC. During these settlement discussions, I understand that my counsel suggested that my publicly stated intent to invest $10 billion in the United States might be part of a resolution of these matters if that was what the DOJ or SEC wanted. I also understand that the DOJ later informed my counsel that it would not consider this potential investment in determining whether to seek dismissal of the Indictment. To my knowledge, the Adani Group's interest in investing in the United States had no role in the DOJ's decision to seek the dismissal of the Indictment.

5.    In response to this Court's second question, I am not aware of any agreement involving any person or entity exchanging anything for the dismissal of the Indictment.





I declare that the foregoing is true and correct to the best of my knowledge.

Dated: 14ᵗʰ July 14ᵗʰ, 2026

Ahmedabad, India

14 JUL 2026

_____
Gautam Adani

Subscribed and sworn to before me
this 14th day of July, 2026.

_____
Notary Public









-3-