**From:** Giuffra Jr., Robert J.
**Sent:** Monday, May 11, 2026 5:02 PM
**To:** 'Nocella, Joseph (USANYE)' <Joseph.Nocella@usdoj.gov>; zzExt-shecker <shecker@heckerfink.com>; tsini@nixonpeabody.com; andrey.spektor@nortonrosefulbright.com
**Cc:** McCotter, Trent (ODAG) <Trent.McCotter@usdoj.gov>; Duva, Tysen (CRM) <Tysen.Duva2@usdoj.gov>
**Subject:** RE: Adani, et al.

Joe,

Understood.  Please let us know if you have any further questions.   Thank you.

Bob

**Robert J. Giuffra Jr.: Co-Chair** (Bio)
**SULLIVAN & CROMWELL LLP**
125 Broad Street | New York, NY 10004-2498
+1 212 558 3121 (T) | +1 917-882-8929 (M)
giuffrar@sullcrom.com | www.sullcrom.com


**From:** Nocella, Joseph (USANYE) <Joseph.Nocella@usdoj.gov>
**Sent:** Monday, May 11, 2026 3:49 PM
**To:** Giuffra Jr., Robert J. <giuffrar@sullcrom.com>; zzExt-shecker <shecker@heckerfink.com>; tsini@nixonpeabody.com; andrey.spektor@nortonrosefulbright.com
**Cc:** McCotter, Trent (ODAG) <Trent.McCotter@usdoj.gov>; Duva, Tysen (CRM) <Tysen.Duva2@usdoj.gov>
**Subject:** [EXTERNAL] Adani, et al.

Counsel:

This email is to confirm that the portion of the joint defense offer made by Gautam Adani, represented by Sullivan & Cromwell, Sagar R. Adani, represented by Nixon Peabody LLP and Hecker Fink LLP, and Vneet S. Jaain, represented by Norton Rose Fulbright US LLP, to resolve the criminal charges against them by, in part, a general proposal to invest $10 billion in the United States is categorically rejected by this Office.

We understand that other grounds for resolution of the pending criminal charges with the Department of Justice are being explored.  However, please know that the above-referenced proposal, which appeared in your April 17, 2026, slide deck presentation, will not be considered by this Office.

While we are aware of, and appreciate, your clients' initiation of simultaneous resolutions of charges brought, or contemplated, by the SEC and the Treasury Department Office of Foreign Assets Control we would also like to clarify that resolutions of such charges are independent of the resolution of the pending criminal charges.

Regards,
Joe Nocella

Joseph Nocella, Jr.
United States Attorney
Eastern District of New York

1

271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6393

---

**This is an external message from:** Joseph.Nocella@usdoj.gov **