

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**Winston M. Paes**
**Partner**
wmpaes@debevoise.com
+1 212 909 6896

August 12, 2026

**BY ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**  <u>**United States v. Adani, et al., 24-CR-433 (NGG)**</u>

Dear Judge Garaufis:

  We represent the defendant Saurabh Agarwal in above-referenced case, and are writing in response to the Court's August 10, 2026 Order.  Mr. Agarwal has given me limited authorization to submit this letter solely to confirm for the Court his consent to the Department of Justice's motion to dismiss, with prejudice, the two counts in the indictment against him, namely, Counts 1 and 5.

        Respectfully submitted,

        _____/s/_____
        Winston M. Paes

        DEBEVOISE & PLIMPTON LLP
        wmpaes@debevoise.com
        66 Hudson Boulevard
        New York, NY 10001
        Phone: (212) 909-6000

cc:  Clerk of the Court (NGG)
    Counsel of Record (by ECF)