# **brown**rudnick

JONATHAN E. RICHMAN
direct dial:+1.212.209.4943
jrichman@brownrudnick.com

August 12, 2026

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     *United States v. Gautam Adani et al.*, No. 24-cr-433 (NGG)

Dear Judge Garaufis:

We represent Cyril Cabanes and are writing in response to the Court's August 10, 2026 Order.
Mr. Cabanes has given us limited authorization to submit this letter solely to confirm for the Court
his consent to the Department of Justice's motion to dismiss with prejudice the two counts of the
indictment against him, Counts 1 and 5.

Respectfully,

**BROWN RUDNICK LLP**

Stephen A. Best

Rachel O. Wolkinson

Jonathan E. Richman

cc:     Counsel of Record (by ECF)
        R. Trent McCotter, Esq. (by email)
        Iris Bennett, Esq. and Patrick Linehan, Esq. (by email)
        Michael Kendall, Esq. and Aditya Singh, Esq. (by email)
        Winston Paes, Esq. (by email)
        Paul Schoeman, Esq. (by email)

**Brown Rudnick LLP** | brownrudnick.com | 7 Times Square, New York, NY 10036 | 1.212.209.4800