Andrew Adams
212-957-3081
acadams@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

August 12, 2026

**By: ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *United States v. Gautam S. Adani, et al.*
> <u>**Criminal Docket No. 24-433 (NGG)**</u>

Dear Judge Garaufis:

We represent Rupesh Agarwal and are writing in response to the court's August 10, 2026 Order. Mr. Agarwal has given us limited authorization to submit this letter solely to confirm for the court his consent to the Department of Justice's motion to dismiss with prejudice the two counts against him, Counts 1 and 5.

Respectfully submitted,

/s/ Andrew Adams

Andrew Adams
acadams@steptoe.com
Iris Bennett
Patrick F. Linehan
**STEPTOE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 957-3081

cc: Counsel of Record (by ECF)