August 13, 2026

*VIA ECF*

The Honorable Nicholas G. Garaufis
United States District Court for the Eastern District of New York
Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Adani et al.*, **No. 24-cr-00433-NGG (E.D.N.Y)**

Dear Judge Garaufis:

We represent Deepak Malhotra and are writing in response to the Court's August 10, 2026 Order. Mr. Malhotra has given us limited authorization to submit this letter solely to confirm for the Court his consent to the Department of Justice's motion to dismiss, with prejudice, the two counts against him, Counts 1 and 5.

Respectfully submitted,

Aditya Singh
**WHITE & CASE LLP**
88 Market Street #41-01
CapitaSpring
Singapore 048948
Telephone: +65 6225 6000
Facsimile: +65 6347 1500
aditya.singh@whitecase.com

cc:    Counsel of Record (by ECF)
Winston Paes (by E-mail)
Paul Schoeman (by E-mail)
Stephen Best (by E-mail)
Iris Bennett & Patrick Linehan
(by E-mail)

Michael Kendall
**WHITE & CASE LLP**
75 State Street
Boston, MA 02109
Telephone: (617) 979-9300
Facsimile: (617) 979-9301
michael.kendall@whitecase.com
*Counsel for Deepak Malhotra*